UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Emmitt Fraley, | File No. 21-cv-2018 (ECT/KMM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| B. Birkholz, *Warden of Federal Prison Camp Duluth*, and Michael Carvajal, *Director of the Federal Bureau of Prisons*, both in their official capacities, | |
| Defendants. | |

---

Magistrate Kate M. Menendez issued a Report and Recommendation on October 13, 2021. ECF No. 5. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: November 15, 2021         s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court